UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE COOKS, an individual; and ALWENA FRAZIER, an individual; for themselves and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TNG GP, a Delaware General Partnership; THE NEWS GROUP, INC., a Delaware Corporation; SELECT MEDIA SERVICES, L.L.C., a Delaware Limited Liability Company, and, DOES 1 through 10, inclusive,<br><br>Defendants | CASE NO.  2:16-CV-01160-KJM-AC<br><br>**CLASS ACTION**<br><br>**ORDER STAYING CASE PENDING MEDIATION**<br><br>Action Filed:   April 14, 2016<br>Case Removed:  May 27, 2016<br>Trial date:     None set |

Having read and considered the Parties' Stipulation to stay this action pending mediation, and finding good cause therefore, the Court hereby GRANTS the stipulation and stays this action until April 14, 2017.  The parties shall file a joint status report on that date advising the court on the outcome of their mediation.

**IT IS SO ORDERED**.

Dated: February 6, 2017

_____
UNITED STATES DISTRICT JUDGE