UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE COOKS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT MEDIA SERVICES, L.L.C., et al.,<br><br>Defendants.<br>_____<br><br>AUDREY L. BROWN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT MEDIA SERVICES, L.L.C., et al.,<br><br>Defendants. | No. 2:16-CV-1160 KJM AC<br><br><br><br><br><br><br><br>No. 2:16-CV-03036-JAM-KJN<br><br>**RELATED CASE ORDER** |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Both cases are brought against the same defendants, both actions are brought on behalf of putative classes of employees performing merchandising duties, and both actions involve overlapping claims that defendants violated the California Labor Code by failing to pay all

1

wages earned and reimburse all employee business expenses incurred.  Assigning both cases to the same Judge will save judicial resources and be more convenient to the parties.  *See* Local Rule 123(a)(3).

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that Case No. 2:16-CV-03036-JAM-KJN is reassigned from the Honorable John A. Mendez to the undersigned and from Magistrate Judge Kendall J. Newman to Magistrate Judge Allison Claire.  The case caption in the reassigned case shall now be shown as: 2:16-CV-03036-KJM-AC.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: March 13, 2018.

_____
UNITED STATES DISTRICT JUDGE