# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE COOKS, an individual; and ALWENA FRAZIER, an individual; for themselves and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TNG GP, a Delaware General Partnership; THE NEWS GROUP, INC., a Delaware Corporation; SELECT MEDIA SERVICES, L.L.C., a Delaware Limited Liability Company, and, DOES 1 through 10, inclusive,<br><br>Defendants | CASE NO. 2:16-CV-01160-KJM-AC<br><br>**CLASS ACTION**<br><br>**ORDER CONSOLIDATING ACTIONS**<br><br><br><br>Action Filed: April 14, 2016<br>Case Removed: May 27, 2016<br>Trial date: None set |

Having read and considered the Parties' Stipulation to Consolidated Actions, and finding good cause, the Court GRANTS the stipulation and orders:

1. *Cooks II* (Case No. 2:16-cv-02113-KJM-AC) is deemed related to the instant action, *Cooks I,* Case No. 2:16-cv-01160-KJM-AC;

2. *Cooks II* (Case No. 2:16-cv-02113-KJM-AC) is consolidated with the instant action, *Cooks I,* Case No. 2:16-cv-01160-KJM-AC.

3. The lower number case, *Cooks I,* will be the lead case for all purposes.

**IT IS SO ORDERED**.

DATED: August 8, 2018.

_____
UNITED STATES DISTRICT JUDGE