**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANNETTE COOKS, an individual; and ALWENA FRAZIER, an individual; for themselves and on behalf of all others similarly situated<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TNG GP, a Delaware General Partnership; THE NEWS GROUP, INC., a Delaware Corporation; SELECT MEDIA SERVICES, L.L.C., a Delaware Limited Liability Company, and, DOES 1 through 10, inclusive,<br><br>　　　　　Defendants | CASE NO. 2:16-CV-01160-KJM-AC<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br><br><br>Action Filed:　April 14, 2016<br>Case Removed:　May 27, 2016<br>Trial date:　　None set |

1         Having read and considered the Parties' Stipulation for Leave to File a First Amended Complaint, and finding good cause, the Court GRANTS the stipulation and orders:

        1.     Plaintiffs are granted leave to file a First Amended Complaint adding Audrey L. Brown as a named Plaintiff;

        2.     Plaintiffs' proposed First Amended Complaint, attached to the Stipulation as Exhibit A, shall be filed within five (5) court days of this order; and

        3.     Defendants' Answer to the First Amended Complaint shall be filed within twenty-one (21) days of the filing of the First Amended Complaint.

**IT IS SO ORDERED.**

DATED: August 8, 2018.

_____
UNITED STATES DISTRICT JUDGE