**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANNETTE COOKS, an individual; ALWENA FRAZIER, an individual; and AUDREY L. BROWN, an individual for themselves and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TNG GP, a Delaware General Partnership; THE NEWS GROUP, INC., a Delaware Corporation; THE NEWS GROUP, L.P., a Delaware partnership; SELECT MEDIA SERVICES, L.L.C., a Delaware Limited Liability Company, and, DOES 1 through 10, inclusive,<br><br>Defendants | Case No.: 2:16-CV-01160-KJM-AC<br><br>**ORDER GRANTING MODIFICATION OF PRETRIAL DATES SET FORTH IN CLASS CERTIFICATION SCHEDULING ORDER [DKT. NO. 40]** |

1 | Having read and considered the Parties' Stipulation and Request Re Pretrial Dates, and finding good cause, the Court GRANTS the stipulation and orders:

The Class Certification Scheduling Order [Dkt. No. 40] is modified as follows: Scheduled dates are vacated. The Parties are ordered to complete mediation as scheduled and file a Joint Status Report Re Result of Mediation no later than June 10, 2019, including, as appropriate, proposed dates for presenting a Motion for Preliminary Approval of Class Action Settlement to the Court.

[*or, in the alternative*]

Having read and considered the Parties' Stipulation and Request Re Pretrial Dates, and finding good cause, the Court GRANTS the stipulation and orders:

The Class Certification Scheduling Order [Dkt. No. 40] is modified as follows:

1. All discovery shall be completed by August 23, 2019.

2. Plaintiffs shall file a Motion for Class Certification no later than September 30, 2019.

3. Opposition to Motion for Class Certification to be filed no later than October 18, 2019.

4. Reply Briefing to Motion for Certification to be filed no later than November 8, 2019.

5. The hearing on Plaintiffs' Motion for Class Certification is scheduled for November 15, 2019 at 10:00 a.m. in Courtroom 3 of this Court.

**IT IS SO ORDERED.**

DATED: February 4, 2019.

_____
UNITED STATES DISTRICT JUDGE