# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE COOKS, an individual; ALWENA FRAZIER, an individual; and AUDREY L. BROWN, an individual for themselves and on behalf of all others similarly situated<br>　　　　　Plaintiffs,<br>　　v.<br>TNG GP, a Delaware General Partnership; THE NEWS GROUP, INC., a Delaware Corporation; THE NEWS GROUP, L.P., a Delaware partnership; SELECT MEDIA SERVICES, L.L.C., a Delaware Limited Liability Company, and, DOES 1 through 10, inclusive,<br>　　　　　Defendants | CASE NO. 2:16-CV-01160-KJM-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO FILE MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Having read and considered the Parties' Stipulation to Continue the Deadline to file Plaintiffs' Motion for Order Granting Preliminary Approval of Class Action Settlement, and finding good cause, the Court GRANTS the stipulation and ORDERS that:

1. Plaintiffs' Motion for Order Granting Preliminary Approval of Class Action Settlement shall be filed on or before October 14, 2019.

**IT IS SO ORDERED.**

DATED: September 10, 2019.

_____
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - CASE NO. 2:16-CV-001160-KJM-AC