UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE COOKS et al., | No. 2:16–CV–01160-KJM-AC |
| Plaintiffs, | No. 2:16–CV–02113-KJM-AC |
| v. | <u>ORDER</u> |
| TNG GP et al., | |
| Defendants. | |

The court heard oral argument on plaintiffs' motion for provisional certification of a class and preliminary approval of a class settlement on February 7, 2020. The operative complaint identifies several subclasses. *See* First Am. Compl., ECF No. 45 ¶ 22. At hearing, plaintiffs' counsel represented that the plaintiffs did not seek certification of separate subclasses for settlement purposes. On reflection and review of the record, the court now ORDERS plaintiffs to submit supplemental briefing of no more than ten pages on the question of commonality of putative class members as a single class in relation to the subclasses proposed in the operative complaint.

DATED: March 10, 2020.

CHIEF UNITED STATES DISTRICT JUDGE