| | |
|---|---|
| 1 | **COHELAN KHOURY & SINGER** |
| | Michael D. Singer (SBN 115301) |
| 2 | Diana M. Khoury (SBN 128643) |
| | Jeff Geraci (SBN 151519) |
| 3 | 605 C Street, Suite 200 |
| | San Diego, California 92101 |
| 4 | Phone: (619) 595-3001 / Fax: (619) 595-3000 |
| 5 | **LAW OFFICES OF OLIVIA SANDERS** |
| | Olivia Sanders (SBN 208266) |
| 6 | 3415 South Sepulveda Boulevard, Suite 660 |
| | Los Angeles, CA 90034 |
| 7 | Phone: (310) 641-9001 / Fax: (310) 641-9007 |
| 8 | **LAW OFFICE OF CATHERINE STARR** |
| | Catherine Starr (SBN 183382) |
| 9 | 5770 East Appaloosa Avenue |
| | Clovis, CA  93619 |
| 10 | Phone: (310) 972-9291 |
| 11 | Attorneys for Plaintiffs and the Conditionally Certified Class |
| 12 | [*Additional Class Counsel, next page*] |

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANNETTE COOKS, an individual; and ALWENA FRAZIER, an individual;  for themselves and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TNG GP, a Delaware General Partnership; THE NEWS GROUP, INC., a Delaware Corporation; SELECT MEDIA SERVICES, L.L.C., a Delaware Limited Liability Company, and, DOES 1 through 10, inclusive,<br><br>    Defendants | CASE NO.  2:16-CV-01160-KJM-AC<br>CASE NO.  2:16-CV-02113-KJM-AC<br>*[Consolidated on August 8, 2018]*<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER GRANTING AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND PLAINTIFFS' SERVICE AWARDS**<br><br>Date:         May 7, 2021<br>Time:         10:00 a.m.<br>Courtroom:    3 (15th Floor)<br>Judge:        Hon. Kimberly J. Mueller<br><br>Action Filed:    April 14, 2016<br>Trial date:      None set |

1  **GAINES & GAINES, APLC**
   Daniel F. Gaines, (SBN 251488)
   Alex P. Katofsky (SBN 202754)
2  Miriam L. Schimmel (SBN 185089)
   27200 Agoura Road, Suite 101
3  Calabasas, CA 91301
   Phone: (818) 703-8985 / Fax: (818)703-8984
4
5  Attorneys for Plaintiffs and the Conditionally Certified Class

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLEASE TAKE NOTICE that on May 7, 2021 at 10:00 a.m., or as soon as the matter may be heard in Courtroom 3 (15th Floor) of the above-captioned court, located at 501 I Street, Sacramento, California 95814, the Honorable Kimberly J. Mueller presiding, Plaintiffs Jeannette Cooks, Alwena Frazier, and Audrey L. Brown, ("Plaintiffs"), will move this Court for an Order Granting an Award of Attorneys' Fees and Litigation Costs, Class Representative Service Payments and Administration Expenses.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support, Declaration of Emilio Confinco on behalf of the appointed administrator, CPT Group, Inc., Declarations of Class Counsel Michael D. Singer, Daniel F. Gaines, Olivia Sanders, and Catherine Starr, Declaration of former Class Counsel Michael L. Carver, Declarations of Plaintiffs Jeannette Cooks, Alwena Frazier, and Audrey L. Brown, the fully-executed Joint Stipulation of Class Action and PAGA Settlement [ECF 64], the Supplemental Brief [ECF 70], the Order Granting Preliminary Approval of Class Action Settlement [ECF 71, 74], the other records and files in this case, and such other matters as may be properly presented at or before the hearing.

Respectfully submitted,

**COHELAN, KHOURY & SINGER**
**LAW OFFICE OF CATHERINE STARR**
**LAW OFFICE OF OLIVIA SANDERS**
**GAINES & GAINES, APLC**

Dated: February 22, 2020       By: /s/   Michael D. Singer
                                    Michael D. Singer / Jeff Geraci

                                    Attorneys for Plaintiffs and the
                                    Conditionally Certified Class